Scott E. Radcliffe, (CA BAR NO. 278098)
**ALVES RADCLIFFE LLP**
1860 Howe Avenue, Suite 265
Sacramento, CA 95825
T: (916) 333-3375
E: sradcliffe@alvesradcliffe.com

Attorneys for Defendant
T&N ENTERPRISES, INC.

**UNITED STATED DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SREAM, INC., | Case No. 2:16-cv-02646 MCE-DB |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT'S APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLEADING** |
| T&N ENTERPRISES, INC.; AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

This matter came before the Court for hearing on the unopposed application (ECF No. 9) of Defendant T&N Enterprises, Inc. for an extension of time to respond to Plaintiff's Complaint. Upon consideration of Defendant's application, the record in this matter, and for good cause appearing, the Court orders as follows:

**IT IS ORDERED** that Defendant's Application for Extension of Time is hereby GRANTED. Defendant T&N Enterprises, Inc. shall have up to and including January 18, 2017, in order to answer or otherwise respond to the complaint filed by Plaintiff Sream, Inc.

**IT IS SO ORDERED.**

Dated: January 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE